## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR243 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| AARON J. CLARK, | ) | |
| Defendant. | ) | |

Pursuant to the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 126) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 2nd day of June, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge