IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR243 |
| vs. | |
| AARON CLARK | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court for initial review of two Motions under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motions"), ECF No. 136, ECF No. 137, filed by the Defendant, Aaron Clark. Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires initial review of a defendant's § 2255 motion. Rule 4(b) states:

> The judge who receives the motion must promptly examine it. If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party. If the motion is not dismissed, the judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order.

The Court notes that the Defendant previously filed two separate § 2255 Motions, ECF No. 113, ECF No. 126, and both motions were dismissed, ECF No. 118, ECF No. 129.

When a second § 2255 motion is filed:

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain−

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and

convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255.

A panel of the United States Court of Appeals for the Eighth Circuit denied the Defendant's petition for authorization to file a successive habeas application on November 4, 2016, ECF No. 141. Accordingly, the Defendant's § 2255 Motions will be dismissed for lack of certification from the appropriate court of appeals.

THEREFORE, IT IS ORDERED:

1. That the Court completed initial review of the Defendant's Motions under 28 U.S.C. § 2255 to Vacate, Set Aside, or Corrected Sentence by a Person in Federal Custody ("§ 2255 Motions");

2. For the reasons stated above, the § 2255 Motions, ECF No. 136, ECF No. 137, will be summarily dismissed;

3. A separate Judgment will be entered; and

4. The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 3rd day of April, 2017.

                              BY THE COURT:

                              s/Laurie Smith Camo
                              Chief United States District Judge