# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AARON J. CLARK,<br><br>    Defendant. | 8:12CR243<br><br>ORDER |

This matter is before the Court on the Request for Transcript, filed by non-party JoAnn D. Barfield, ECF No. 148. The request for a transcript is granted, provided JoAnn D. Barfield contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party JoAnn D. Barfield, ECF No. 148, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to JoAnn D. Barfield at the address provided in ECF No. 148.

Dated this 1st day of June 2020.

            BY THE COURT:

            s/Laurie Smith Camp
            Senior United States District Judge