IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:12CR243** |
| vs. | |
| AARON J. CLARK | **ORDER** |
| Defendant. | |

Defendant has requested a copy of the docket sheet of this case, as well as a file-stamped copy of his "Rule 48 Motion" (Filing Nos. 156; 158).  Defendant requests he be provided these copies without pre-payment.  Defendant contends he should be provided free copies because he is currently unable to access his funds because the facility in which he is housed is on lock-down due to COVID-19.

Defendant's request for copies (Filing No. 158) is denied.  This case is closed.  Defendant has already filed several motions to vacate under 28 U.S.C. § 2255 which have all been dismissed.  Although Defendant has a "Rule 48 Motion" pending, Defendant has not indicated why a copy of the docket sheet and file-stamped copy of this filing is necessary.  Once Defendant has access to funds, he may contact the office of the clerk of court to arrange payment for the copies of the documents he seeks.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge